**Order entered May 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00224-CR

**SYLVIA RENE WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court
Collin County, Texas
Trial Court Cause No. 401-81042-10**

## ORDER

We **GRANT** appellant's May 6, 2014 motion to extend time to file motion for rehearing and rehearing en banc. The motion for rehearing and rehearing en banc received by the Court May 6, 2014 is **ORDERED** timely filed.

/s/    MOLLY FRANCIS
JUSTICE